UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN COLTON,

        Plaintiff(s),        CASE NO. 10-13073

v.

                              HONORABLE GERALD E. ROSEN

DEBRA SCUTT, et al.,

        Defendant(s).
_____/

### ORDER DENYING WITHOUT PREJUDICE, PLAINTIFF'S MOTION FOR EXTENSION OF TIME (DOC. #105)

Before the Court is Plaintiff's Motion for Extension of Time seeking leave to file a motion for summary judgment. On July 15, 2013, the Court entered an order finding that plaintiff would benefit from the appointment of pro bono counsel. The Court is in the process of attempting to secure counsel in this matter. Therefore,

IT IS ORDERED that plaintiff's motion is DENIED WITHOUT PREJUDICE pending the appointment of pro bono counsel. Once counsel has been appointed, a status conference will be held to chart the future course of the case, which may include the option to file a motion for summary judgment.

        SO ORDERED.

Dated: July 26, 2013        s/Gerald E. Rosen
                                      Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 26, 2013, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                        Case Manager, (313) 234-5135