UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JOHN COLTON,

               Plaintiff(s),                    CASE NO. 10-13073

v.

                                        HONORABLE GERALD E. ROSEN

ZIVIT COHEN, MD,

               Defendant(s).

_____/


**ORDER GRANTING DEFENDANT'S MOTION FOR DIRECTED VERDICT**

On October 29, 2014, after the entry of proofs in the jury trial in this matter, the Court heard oral argument on the defendant's Motion for Directed Verdict. For the reasons stated on the record,

IT IS HEREBY ORDERED that the motion is GRANTED.

SO ORDERED.


Dated:  October 29, 2014               s/Gerald E. Rosen_____
                                        Chief Judge, United States District Court


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 29, 2014, by electronic and/or ordinary mail.

                                      s/Julie Owens_____
                                      Case Manager, (313) 234-5135